UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 22-10414-RWZ

ERIC MOORE

v.

INDUSTRIAL DEMOLITION, LLC and
MICHAEL J. ROBERTS

PRETRIAL ORDER

April 10, 2023

ZOBEL, S.D.J.

This matter having come before the court at a pretrial conference held pursuant to Federal Rule of Civil Procedure 16, and Jamie Goodwin, Esq., Michael Turiello, Esq., Paul Facklam, Jr., Esq., and Samuel Kennedy-Smith, Esq., having appeared as counsel for Plaintiff, and Thomas Metzger, Esq., and Alex Esposito, Esq., having appeared as counsel for Defendant, the following action was taken:

1. **TRIAL**

Trial is scheduled to commence on April 11, 2023, at 9:00 am, and is estimated to last five to six days.

2. **JURY**

The court will impanel ten jurors. Each party will have four peremptory challenges.

3.  **ISSUES**

   The parties agree that the only issues to be tried are:

   (a)   Whether Plaintiff was disabled or handicapped as defined in M.G.L c. 151B;

   (b)   Whether Defendant declined to modify its job requirements;

   (c)   Whether Plaintiff was terminated by Defendant's declination;

   (d)   Whether Defendant retaliated against Plaintiff's exercise of his rights under M.G.L. c. 151B; and,

   (e)   Plaintiff's claims for damages: (1) loss of earning, (2) emotional pain, and (3) punitive damages.

4.  **WITNESSES**

   Counsel have exchanged their lists of witnesses expected to testify.

5.  **EXHIBITS**

   Prior to the commencement of trial, counsel shall confer with each other concerning any exhibits each intends to offer and note any objections each may have to the exhibits of the other. All exhibits to which opposing counsel do not object shall be deemed to be admitted into evidence. Counsel shall mark these exhibits and prepare a listing thereof in duplicate. Objected-to exhibits shall be marked for identification and listed separately.

   4/10/23
   DATE

   RYA W. ZOBEL
   SENIOR UNITED STATES DISTRICT JUDGE