UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 22-10414-RWZ

ERIC MOORE

v.

INDUSTRIAL DEMOLITION, LLC

QUESTIONS TO THE JURY ON SPECIAL VERDICT

Please answer Questions 1 through 5.

1.  Did Plaintiff prove he had a handicap?

    Yes __X____          No _____

2.  Did Defendant fail to reasonably accommodate Plaintiff's handicap?

    Yes __X____          No _____

3.  Did Defendant terminate Plaintiff because of his handicap?

    Yes _____          No __X____

4.  Did Defendant retaliate by terminating Plaintiff for requesting or using a reasonable accommodation?

    Yes __X____          No _____

5.  Did Defendant retaliate by terminating Plaintiff for reporting that he had suffered a potential industrial accident?

    Yes _____          No __X____

If you answered Yes to any of Questions 1 through 5, please continue to Question 6.   If

you answered No to each of Questions 1 through 5, please return your verdict to the

court without answering Question 6.

6. The amount of Plaintiff's damages is $ _10,035.00_ .

    a. $ _10,035.00_       for back pay   $95,590 - 85,555 = 10,035$

    b. $ _0_       for front pay

    c. $ _0_       for emotional distress.

_4-14-23_
DATE

_Paul Hackett_
FOREPERSON